

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-19-00127-CV

Christopher J. **GALE**,
Appellant

v.

Terri Lynn **GALE**, Stephani A. Walsh and Sara A. Herrmann,
Appellees

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-24190
Honorable Angelica Jimenez, Judge Presiding

PER CURIAM

Sitting:    Irene Rios, Justice
             Beth Watkins, Justice
             Liza A. Rodriguez, Justice

Delivered and Filed: June 12, 2019

DISMISSED

We previously abated this appeal pending the disposition of a motion for new trial. The parties have filed a joint motion seeking dismissal of this appeal. We reinstate the appeal, grant the motion to dismiss, and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a), 43.2(f). Costs of appeal are taxed against the appellant. *See* TEX. R. APP. P. 42.1(d).

PER CURIAM